**IN THE UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE  DIVISION**

| | | |
|---|---|---|
| **TRANSYLVANIA COUNTY, a Body** | ) | |
| **Politic of North Carolina,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **CIVIL NO. 1:05cv282** |
| **v** | ) | |
| | ) | |
| **LINCOLN GENERAL INSURANCE CO.,** | ) | |
| **CRAWFORD & CO. WORLDWIDE,** | ) | |
| **CRAWFORD & CO. CANADA,** | ) | |
| **CRAWFORD & CO. INTERNATIONAL,** | ) | |
| **A.M. ("Tony") DiGERONIMO, AND** | ) | |
| **NATIONAL SURETY SERVICES, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

**THIS MATTER** is before the court upon the defendants' motion for admission *pro hac vice* of Mark A. Barber to appear as additional counsel for the defendants, Tony DiGeronimo and National Surety Services, Inc. in this matter filed on October 12, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that Mark A. Barber is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

**Signed: October 18, 2005**

Dennis L. Howell
United States Magistrate Judge