# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:05cv282

| | |
|---|---|
| TRANSYLVANIA COUNTY, a Body Politic of North Carolina, )<br><br>Plaintiff, )<br><br>Vs. )<br><br>LINCOLN GENERAL INSURANCE COMPANY; A. M. ("TONY") DiGERONIMO; and NATIONAL SURETY SERVICES, INC., )<br><br>Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on defendant Lincoln General Insurance Company's Motion for Enlargement of Time to Respond to Plaintiff's First Set of Interrogatories, First Request for Production of Documents and First Request for Admissions. Having considered defendant Lincoln General Insurance Company's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant Lincoln General Insurance Company's Motion for Enlargement of Time to Respond to Plaintiff's First Set of Interrogatories, First Request for Production of Documents and First Request for Admissions (#29) is **GRANTED,** and such defendant is allowed up to and inclusive of March 1st, 2006, to so respond.

_____

Dennis L. Howell
United States Magistrate Judge

Signed: February 14, 2006